

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00142-CR

| | | |
|---|---|---|
| JACOB TRISTAN GRAY, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1486915D) |
| V. | § | February 28, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment and incorporated order to withdraw funds are modified to delete the $28.94 fine. It is ordered that the trial court's judgment and incorporated order to withdraw funds are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel